# Exhibit 3

# U.S. Patent No. 8,054,090 ("'090 Patent")

**Exemplary Accused Products**

Renesas products, including at least each of the following products (and their variations) infringe at least Claim 1 of the '090 Patent: Renesas RX microcontrollers with capacitive touch, such as RX113, RX231, RX230, and RX130. The infringement chart below is based on the RX113 microcontroller ("RX113 MCU"), which is exemplary of the infringement of the '090 Patent.

| Claim | RX113 MCU |
|---|---|
| [1pre] A method comprising: | The RX113 MCU provides capacitive touch sensing functionality, including in noisy and moist environments.<br><br>In order to support the vast variety of design, material, and overlay shape demands, changes in capacitance need to be detected with high sensitivity. Renesas has succeeded in vastly improving sensitivity and noise immunity by developing a circuit for converting electrostatic capacitance into current and amplifying and digitizing this value. This solution has almost zero effect from noise.<br><br>*See* https://www.renesas.com/us/en/solutions/key-technology/human-interface/touch-sensor-system2.html |



| | |
|---|---|
| | *See* Renesas Touch Solution, at p. 5. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf<br><br>*See* https://www.renesas.com/en-us/doc/products/mpumcu/apn/rx/002/r30an0218ej0100_rx113.pdf at 4 |
| [1a] grounding a first plate of a charge-accumulation capacitor; | The RX113 MCU grounds a first plate of a charge-accumulation capacitor. |



| | |
|---|---|
| |  <br>*See* Renesas Touch Solution, at p. 9. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf |



| | |
|---|---|
| | <br>*See* Renesas Touch Solution, at p. 16. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf |

| | |
|---|---|
| | 2.2 Capacitance-Current Conversion<br>Switched capacitor filter (SCF) is used as the way of converting the amperage described in the chapter 2.1 from the capacitance that generates between human body and electrode. SCF is structured by capacitor, power, two switches and the control signal to toggle two switches ON/OFF alternatively.<br>SW1 SW2 Control pulse i<br>SW1 SW2 Control pulse i<br>**Figure 2-4**<br>SCF configuration and Charge and discharge operation of capacitor<br>SW1 and SW2 are controlled by the pulse as exclusive control when one turns ON and the other turns OFF. When SW1 turns ON and SW2 turns OFF, the capacitor is charged as described in Figure 2-4 (the left). After switching SW1 to OFF, SW2 to ON, the capacitor is discharged as describe in Figure 2-4(the right).<br><br>*See* https://www.renesas.com/en-us/doc/products/mpumcu/apn/rx/002/r30an0218ej0100_rx113.pdf at 4 |
| [1b] injecting, through a resistor coupled to a voltage source, a predetermined amount of charge onto a charge-measurement capacitor; | The RX113 MCU injects, through a resistor coupled to a voltage source, a predetermined amount of charge onto a charge-measurement capacitor. |



*See* Renesas Touch Solution, at p. 9. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf

The first step in measuring a sensor is to charge Cc  The diagram above shows this happening by connecting CHxB and CHxC to V+

*See* Renesas Touch Solution, at p. 9. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf

<table>
<tr>
<td></td>
<td>

2.2 Capacitance-Current Conversion

Switched capacitor filter (SCF) is used as the way of converting the amperage described in the chapter 2.1 from the capacitance that generates between human body and electrode. SCF is structured by capacitor, power, two switches and the control signal to toggle two switches ON/OFF alternatively.

**Figure 2-4**
SCF configuration and Charge and discharge operation of capacitor

SW1 and SW2 are controlled by the pulse as exclusive control when one turns ON and the other turns OFF. When SW1 turns ON and SW2 turns OFF, the capacitor is charged as described in Figure 2-4 (the left). After switching SW1 to OFF, SW2 to ON, the capacitor is discharged as describe in Figure 2-4(the right).

*See* https://www.renesas.com/en-us/doc/products/mpumcu/apn/rx/002/r30an0218ej0100_rx113.pdf at 4

</td>
</tr>
<tr>
<td>[1c] transferring an amount of charge accumulated on a second plate of the charge-accumulation capacitor to a first plate of the charge-measurement capacitor, the charge having accumulated on the second plate of the charge-accumulation capacitor due at least in part to noise; and</td>
<td>The RX113 MCU transfers an amount of charge accumulated on a second plate of the charge-accumulation capacitor to a first plate of the charge-measurement capacitor, the charge having accumulated on the second plate of the charge-accumulation capacitor due at least in part to noise.</td>
</tr>
</table>



*See* Renesas Touch Solution, at p. 11. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf



| | |
|---|---|
| | <br><br>*See* Renesas Touch Solution, at p. 12. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf<br><br>The waveform shows the voltage on Cc as it is first charged then briefly discharged then isolated by the Hi-z inputs. The CHxA input voltage is also shown as it is driven low, then tested when configured as an input. The number of discharge cycles that occurs before the logic level input is tested as a low is influenced by a touch on the sensor as shown on the next page |

<table>
<tr>
<td></td>
<td>See Renesas Touch Solution, at p. 12. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf</td>
</tr>
<tr>
<td>[1d] determining, through a measured voltage across the charge-measurement capacitor, the amount of charge.</td>
<td>The RX113 MCU determines, through a measured voltage across the charge-measurement capacitor, the amount of charge.

See Renesas Touch Solution, at p. 13. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf</td>
</tr>
</table>

| | |
|---|---|
| | Since a touch on the sensor adds capacitance to the sensor circuit, the voltage on Cc decays faster when the sensor is touched compared to when it is not touched. The number of high test conditions will decrease and this can be used to determine a "touch"<br><br>*See* Renesas Touch Solution, at p. 13. http://renesasrulz.com/cfs-file.ashx/__key/telligent-evolution-components-attachments/13-21-00-00-00-00-00-31/R8C_5F00_33T_5F00_Touch.pdf |