# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> RENESAS ELECTRONICS CORPORATION; RENESAS ELECTRONICS AMERICA INC.; RENESAS TECHNOLOGY AMERICA, INC., <br><br> Defendants. | C.A. No. 6:20-cv-529 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF RELATED CASES

Neodron Ltd., ("Neodron or Plaintiff") hereby notifies the Court that all or a material part of this action is related to the subject matter or operative facts of the filed actions in the Western District of Texas, which are before the Honorable Judge Alan D. Albright unless otherwise stated:

1. *Neodron Ltd. v. Amazon.com, Inc*., Case No. 6:19-cv-00317-ADA;

2. *Neodron Ltd. v. Dell Technologies, Inc*., Case No. 6:19-cv-00318-ADA;

3. *Neodron Ltd. v. Hewlett Packard Enterprise Co*., Case No. 6:19-cv-00319-ADA;

4. *Neodron Ltd. v. Lenovo Group Ltd. and Lenovo (United States) Inc.*, Case No. 6:19-cv-00320-ADA;

5. *Neodron Ltd. v. Microsoft Corporation*, Case No. 6:19-cv-00321-ADA;

6. *Neodron Ltd. v. Motorola Mobility LLC*, Case No. 6:19-cv-00322-ADA;

7. *Neodron Ltd. v. Samsung Electronics Co., Ltd. and Samsung Electronics*

1

*America, Inc.*, Case No. 6:19-cv-00323-ADA;

8. *Neodron Ltd. v. Amazon.com, Inc.*, Case No. 1:19-cv-00898-ADA;

9. *Neodron Ltd. v. Dell Technologies Inc*., Case No. 1:19-cv-00819-ADA;

10. *Neodron Ltd. v. HP Inc*., Case No. 1:19-cv-00873-ADA;

11. *Neodron Ltd. v. Microsoft Corporation*, Case No. 1:19-cv-00874-ADA;

12. *Neodron Ltd. v. Samsung Electronics Co., Ltd. et al*., Case No. 1:19-cv-00903-ADA;

13. *Neodron Ltd. v. Lenovo Group Ltd., Lenovo (United States) Inc., Motorola Mobility LLC*, Case No., 6:19-cv-00398-ADA;

14. *Neodron Ltd. v. Amazon.com, Inc*., Case No. 6:20-cv-00115-ADA;

15. *Neodron Ltd. v. Apple, Inc*., Case No. 6:20-cv-00116-ADA;

16. *Neodron Ltd. v. ASUSTeK Computer Inc*., Case No. 6:20-cv-00117-ADA;

17. *Neodron Ltd. v. LG Electronics Inc.*, 6:20-cv-00118-ADA;

18. *Neodron Ltd. v. Microsoft Corporation*, Case No. 6:20-cv-00119-ADA;

19. *Neodron Ltd. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.*, Case No. 6:20-cv-00121-ADA;

20. *Neodron Ltd. v. Sony Corporation*, Case No. 6:20-cv-00122-ADA;

21. *Neodron Ltd. v. Apple, Inc.*, Case No. 6:20-cv-00212-ADA;

22. *Neodron Ltd. v. Cypress Semiconductor Corp.*, Case No. 6:20-cv-523-ADA;

23. *Neodron Ltd. v. TouchNetix Ltd.,* Case No. _____(concurrently filed, judge assignment to be determined).

Plaintiff also provides notice of other related actions filed in other venues as follows.

1. *Neodron Ltd. v. Lenovo Group Ltd., Lenovo (United States) Inc., Motorola Mobility LLC*, Case No. 5:19-cv-05644-SI (United States District Court for the Northern District of California, Honorable Judge Susan Illston);

2. *Neodron Ltd. v. Motorola Mobility LLC*, Case No. 5:20-cv-01179-VC (United States District Court for the Northern District of California, Honorable Judge Vince Chhabria); and

3. *Neodron Ltd. v. Texas Instruments Inc.,* Case No. 2:20-cv-190 (United States District Court for the Eastern District of Texas, judge assignment to be determined)

Plaintiff also has two patent matters pending before the International Trade Commission:

1. *In the Matter of Certain Touch-Controlled Mobile Devices, Computers, and Components Thereof*, Investigation No. 337-TA-1162; and

2. *In the Matter of Certain Capacitive Touch-Controlled Mobile Devices, Computers, and Components Thereof*, Investigation No. 337-TA-1193.

The two abovementioned cases are both presently pending before the Honorable Administrative Law Judge Cameron R. Elliot.

Dated: June 16, 2020                                    Respectfully submitted,

By: */s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Kent N. Shum (CA SBN 259189)
Email: kshum@raklaw.com
Jonathan Ma (CA SBN 312773)
Email: jma@raklaw.com
RUSS AUGUST & KABAT

12424 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90025
Phone: (310) 826-7474
Fax: (310) 826-6991

***Attorneys for Plaintiff Neodron Ltd.***

4